**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

IN RE:
BRANDON MONTGOMERY WATSON,

CASE NO. 3:25-bk-31402-SHB
Chapter 13

     Debtor.

**EX PARTE MOTION OF ORNL FEDERAL CREDIT UNION
FOR ADEQUATE PROTECTION**

Comes ORNL Federal Credit Union ("Credit Union"), by and through counsel, and

moves the Court, pursuant to E.D. Tenn. LBR 9013-1(g)(1)(xx), to approve an order providing

for adequate protection payments to creditor ORNL Federal Credit Union to commence after

payment in full of the filing fee.

**WHEREFORE**, ORNL Federal Credit Union moves the Court to approve the Order

submitted contemporaneously with the Motion.

Respectfully submitted,

s/*Jason L. Rogers*
JASON L. ROGERS (BPR# 039136)
Attorney for ORNL Federal Credit Union
HODGES, DOUGHTY & CARSON, PLLC
P.O. Box 869
Knoxville, Tennessee 37901-0869
(865) 292-2307

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing **Ex Parte Motion to Approve Order**, including actual copies of the attachments or their pertinent excerpts, and **Order** have been served upon the following individuals by placing same in the U.S. Mail, postage prepaid (USM) or electronically (ECF):

| | | |
|---|---|---|
| William E. Maddox, Jr. (ECF)<br>P. O. Box 31287<br>Knoxville, TN 37930 | Brandon Watson (USM)<br>7450 Maynardville Pike<br>Unit 71211<br>Knoxville, TN 37938 | Debra L. Miller, Trustee<br>Office of the Chapter 13 Trustee<br>P.O. Box 59030<br>Knoxville, TN  37950 |

This the 14th day of August 2025.

s/*Jason L. Rogers*
JASON L. ROGERS